**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: June 28, 2010**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CLADDAGH DEVELOPMENT | ) | Case No. 06-33124 |
| GROUP, LLC., *et al.*, | ) | (Jointly Administered) |
|       Debtors. | ) | |
| _____ | ) | Honorable Judge Walter |

**AGREED ORDER PURSUANT TO 11 U.S.C. § 1112(a) CONVERTING
<u>CASE TO CASE UNDER CHAPTER 7</u>**

Upon the *Motion of Chapter 11 Trustee to Convert Case* (Doc. 674) (the "Motion") of Richard D. Nelson, Chapter 11 Trustee ("Trustee") for entry of an order converting case to case under chapter 7, pursuant to 11 U.S.C. § 1112(a); and upon consideration of the *Objection of Inland US Management, LLC to Motion of Chapter 11 Trustee to Convert Case* (Doc. 676) ("Objection"); and it appearing that the relief requested is in the best interest of the Debtors'

579271.1

estates, its creditors, and other parties in interest; and it appearing that sufficient cause exists to support the relief requested; and it appearing that notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED as provided for herein; and it is further

ORDERED that this case shall be and hereby is converted to a case under chapter 7 of the Bankruptcy Code; and it is further

ORDERED that Inland's Objection to the Motion is resolved by agreement of the Trustee and Inland US Management, LLC ("Inland") as follows: (i) the Lease Order[1] [Docket No. 564] shall remain in full force and effect notwithstanding the conversion of the case to a case under chapter 7 of the Bankruptcy, (ii) any and all funds due and owing to Inland pursuant to the Lease Order shall remain escrowed by the Trustee and earmarked for distribution to Inland pending rejection of the Lease by the Trustee; (iii) the conversion of the case shall have no effect whatsoever on Inland's right and entitlement to payment of the Lease Claims pursuant to the terms of the Lease Order; and (iv) notwithstanding anything to the contrary, if rejection of the Lease occurs after conversion of the case, any amounts owed to Inland not escrowed and paid by the Trustee shall be chapter 7 administrative claims, and the Trustee waives his right and/or ability to object to the priority of such claims.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them as set forth in the Motion or the Objection.

2

579271.1

**IT IS SO ORDERED.**

**Seen and Agreed to by:**

/s/ Richard D. Nelson
Richard D. Nelson, Chapter 11 Trustee (0003943)
Cohen, Todd, Kite & Stanford, LLC
250 E. Fifth Street
Suite 1200
Cincinnati, Ohio 45202
Phone: (513) 333-5255
Fax: (513) 241-4490
Email: ricknelson@ctks.com


/s/ MaryAnne Wilsbacher
MaryAnne Wilsbacher (0055764)
Asst. U.S. Trustee for Columbus and Dayton
170 N. High St., Ste. 200
Columbus, Ohio 43215
Phone: (614) 469-7411
Fax: (614) 469-7448
Email: MaryAnne.Wilsbacher@usdoj.gov


/s/ Christina M. Thompson
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Phone: (302) 658-9141
Email: CThompson@cblh.com
Attorney for Inland U.S. Management


**Copies to: Default List.**

###